CHARLESTOWN LIGHT & POWER CO. v. DELONE et al. (Circuit Court of Appeals, Fourth Circuit. March 3, 1911.) No. 1,017. Appeal from the District Court of the United States for the Northern District of West Virginia,

at Martinsburg, in Bankruptcy. Forrest W. Brown, for appellant. George M. Beltzhoover, Jr., for appellees. Before GOFF and PRITCHARD, Circuit Judges, and CONNOR, District Judge.

PER CURIAM. The record of this cause discloses no error. The assignments of error are without merit. We are in full accord with the opinion of the court below. 183 Fed. 160. Affirmed.